JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE KIGENYI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, and Does 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-08760-CV-PVC<br><br>[Los Angeles Superior Court Case No. 24STCV23131]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　September 9, 2024<br>Action Removed:　October 10, 2024 |

Plaintiff MAURICE KIGENYI and Defendant TARGET CORPORATION, acting through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulated, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Upon consideration of the foregoing Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above captioned lawsuit is **DISMISSED** in its entirety with prejudice and for each party to bear its own attorneys' fees and costs.

DATED: 2/12/25

*Cynthia Valenzuela*
Hon. Cynthia Valenzuela
United States District Judge

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE